No. 05–54. HAYS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–55. HAMILTON COUNTY DEPARTMENT OF EDUCATION *v.* DEAL ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–96. SMIT, COMMISSIONER, VIRGINIA DEPARTMENT OF MOTOR VEHICLES *v.* YAMAHA MOTOR CORP., U. S. A.; and
No. 05–186. JIM'S MOTORCYCLE, INC., DBA ATLAS HONDA/ YAMAHA *v.* SMIT, COMMISSIONER, VIRGINIA DEPARTMENT OF MOTOR VEHICLES. C. A. 4th Cir. Certiorari denied.

No. 05–141. MARTIN *v.* UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT. C. A. 8th Cir. Certiorari denied.

No. 05–155. SAUDI BASIC INDUSTRIES CORP. *v.* MOBIL YANBU PETROCHEMICAL CO., INC., ET AL. Sup. Ct. Del. Certiorari denied.

No. 05–156. O. S. C. CO. *v.* ZYMBLOSKY ET AL. Super. Ct. Pa. Certiorari denied.

No. 05–157. O. S. C. CO. *v.* ZYMBLOSKY ET AL. Super. Ct. Pa. Certiorari denied.

No. 05–159. NOVAK *v.* ESTATE OF NOVAK, INCAPACITATED PERSON, BY AND THROUGH VEST, GUARDIAN AND CONSERVATOR. Sup. Ct. Ala. Certiorari denied.

No. 05–163. MEMORIAL-HERMANN HEALTHCARE SYSTEMS ET AL. *v.* ETHRIDGE ET AL. C. A. 5th Cir. Certiorari denied.

No. 05–168. BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L. L. C. *v.* CITY OF MONROE EMPLOYEES RETIREMENT SYSTEM; and
No. 05–170. BRIDGESTONE CORP. *v.* CITY OF MONROE EMPLOYEES RETIREMENT SYSTEM. C. A. 6th Cir. Certiorari denied.

No. 05–169. ROBINSON *v.* FORD-ROBINSON. Sup. Ct. Ark. Certiorari denied.